IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

DAVID ALAN KOHL                                                          PLAINTIFF

v.                              No. 2:23-cv-155-DPM

THE CITY OF WEST MEMPHIS;
MARCO MCLENDON;
MICHEAL STEPHENSON; and
MICHEAL POPE                                                            DEFENDANTS

### ORDER

    Kohl filed suit more than ninety days ago. The docket shows no service on defendants. The Court will dismiss the case without prejudice unless Kohl shows timely service or seeks some other relief by 14 December 2023. Fed. R. Civ. P (4)(m).

    So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 November 2023