IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

DAVID ALAN KOHL                                                      PLAINTIFF

v.                           No. 2:23-cv-155-DPM

THE CITY OF WEST MEMPHIS;
MARCO MCLENDON;
MICHEAL STEPHENSON; and
MICHEAL POPE                                                         DEFENDANTS

## ORDER

This case will be dismissed without prejudice for lack of service. Fed. R. Civ. P (4)(m).

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 December 2023