IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

DAVID ALAN KOHL                                                PLAINTIFF

v.                        No. 2:23-cv-155-DPM

THE CITY OF WEST MEMPHIS;
MARCO MCLENDON;
MICHEAL STEPHENSON;  and
MICHEAL POPE                                                   DEFENDANTS

JUDGMENT

Kohl's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

15 December 2023